IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:09-CV-199-WKW[WO] |
| | ) |
| DIANE HARRELSON, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

On March 19, 2009, the Magistrate Judge filed a Recommendation in this case. (Doc. # 4.)  On March 24, 2009, Plaintiff Gene Coggins ("Coggins") filed a Motion to Dismiss Order and Recommendations of the Magistrate Judge Susan R. Walker with Default and Default Judgment (Doc. # 5), which is construed as an objection to the Recommendation. Upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

1. Mr. Coggins's objection (Doc. # 5) is OVERRULED.

2. The Recommendation (Doc. # 4) is ADOPTED.

3. This action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

An appropriate judgment will be entered.

DONE this 23rd day of April 2009.

 /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE